UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

--------------------------------------------------------x

BYRON BREEZE, JR.,
*on behalf of himself and all others*
*similarly situated,*

      Plaintiff,      CASE NO.: 2:20-cv-06913-KM-ESK

      v.        **NOTICE OF VOLUNTARY**
               **DISMISSAL**

UBLISS INFO INC,
d/b/a UBliss Suites at 70 Greene,
*a New Jersey corporation,*

      Defendant.

--------------------------------------------------------x

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BYRON BREEZE,

JR., by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal as to

Defendant UBLISS INFO INC, d/b/a UBliss Suites at 70 Greene.

   Dated this 3rd day of **March,** 2021.

            Respectfully submitted,

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 3/4/2021**

            **Bashian & Papantoniou, P.C.**
            *Attorneys for Plaintiff*
            500 Old Country Road, Ste. 302
            Garden City, NY 11530
            Tel: (516) 279-1554
            Fax: (516) 213-0339

            ***By:*** */s/ Erik M. Bashian*
            **ERIK M. BASHIAN, ESQ.**
            eb@bashpaplaw.com